# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00413-CV

**Jagdish Patel, Bhanu Patel and Gayatri Patel, Appellants**

**v.**

**S & J of Athens, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 255,914, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellants' Motion

Filed: October 9, 2003